1 | HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2 | ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California  93721-2226
Telephone: (559) 487-5561
5

Attorneys for Defendant
6 | TRAYVON SMITH

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,                Case No. 1:17-cr-00070-DAD

12 |                 Plaintiff,               **STIPULATION TO CONTINUE STATUS CONFERENCE, ORDER THEREON**

13 | vs.
                                            Date:   March 30, 2022
14 | TRAYVON SMITH,                          Time:  1:00 p.m.
                                            Judge: Hon. Sheila K. Oberto
15 |                 Defendant.

16

17

18 |         **IT IS HEREBY STIPULATED** by and between the parties through their respective

19 | counsel that the status conference scheduled for January 19, 2022 may be continued to March 30,

20 | 2022, at 1:00 p.m., or the soonest time thereafter convenient to the court.

21 |         Trayvon Smith is alleged to have violated the terms of supervised release in multiple

22 | ways, including the commission of a new law violation based on the acts charged in Case No.

23 | 1:21-cr-00227-NONE-SKO. The parties therefore believe the supervised release violation should

24 | track the new criminal charge, and request that the status conference in Case No. 1:17-cr-00070-

25 | DAD be continued to January 19, 2022, the same date requested for status conference in Case

26 | No. 1:21-cr-00227-NONE-SKO.

27 | ///

28 | ///

Because this matter is a supervised release violation, the Speedy Trial Act does not apply and no exclusion of time is necessary.

PHILLIP A. TALBERT
Acting United States Attorney

DATED:  January 5, 2022                    By      /s/ Justin J. Gilio
                                                   JUSTIN J. GILIO
                                                   Assistant United States Attorney
                                                   Attorneys for Plaintiff


                                                   HEATHER E. WILLIAMS
                                                   Federal Defender


DATED: January 5, 2022                     By      /s/ Eric V. Kersten
                                                   ERIC V. KERSTEN
                                                   Assistant Federal Defender
                                                   Attorneys for Defendant
                                                   TRAYVON SMITH


**ORDER**

**IT IS SO ORDERED**. For the reasons set forth above the status conference is continued to March 30, 2022,

        DATED:  January 13, 2022.

                                   /s/ Sheila K. Oberto
                                   Hon. Sheila K. Oberto
                                   Judge, United States District Court