HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
TRAYVON SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00070-DAD |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE, ORDER THEREON** |
| vs. | Date:  June 1, 2022 |
| TRAYVON SMITH, | Time:  1:00 p.m. |
| Defendant. | Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the status conference scheduled for March 30, 2022 may be continued to June 1, 2022, at 1:00 p.m., or the soonest time thereafter convenient to the court.

Trayvon Smith is alleged to have violated the terms of supervised release in multiple ways, including the commission of a new law violation based on the acts charged in Case No. 1:21-cr-00227-JLT-SKO. The parties therefore believe the supervised release violation should track the new criminal charge, and request that the status conference in Case No. 1:17-cr-00070-DAD be continued to June 1, 2022, the same date requested for status conference in Case No. 1:21-cr-00227-JLT-SKO.

///

///

1        Because this matter is a supervised release violation, the Speedy Trial Act does not apply

2   and no exclusion of time is necessary.

3

4                                       PHILLIP A. TALBERT
                                         United States Attorney

5

6   DATED:  March 22, 2022              By    */s/ Justin J. Gilio*

7                                         JUSTIN J. GILIO
                                       Assistant United States Attorney
                                       Attorneys for Plaintiff

8

9                                       HEATHER E. WILLIAMS
                                       Federal Defender

10

11  DATED: March 22, 2022               By    */s/ Eric V. Kersten*

12                                       ERIC V. KERSTEN
                                       Assistant Federal Defender
                                       Attorneys for Defendant

13                                       TRAYVON SMITH

14

15

16                                **ORDER**

17        **IT IS SO ORDERED**. For the reasons set forth above the status conference is continued

18  to June 1, 2022,

19        DATED:  3/22/2022

20                                    *Sheila K. Oberto*
                                     Hon. Sheila K. Oberto

21                                       Judge, United States District Court

22

23

24

25

26

27

28