HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
TRAYVON SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TRAYVON SMITH,<br><br>Defendant. | Case No. 1:17-cr-00070-DAD<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE, ORDER THEREON**<br><br>Date:   October 7, 2022<br>Time:   9:00 a.m.<br>Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the status conference scheduled for September 7, 2022 may be continued to October 7, 2022, at 9:00 a.m., before the Honorable Jennifer L Thurston.

Trayvon Smith is alleged to have violated the terms of supervised release in multiple ways, including the commission of a new law violation based on the acts charged in Case No. 1:21-cr-00227-JLT-SKO. The parties have reached a tentative agreement that will resolve both matters and request that the status conference in Case No. 1:17-cr-00070-DAD be continued to October 7, 2022, the same date requested for status conference in Case No. 1:21-cr-00227-JLT-SKO. A notice of related cases was previously filed and it is anticipated Case No. 1:17-cr-00070-DAD will be reassigned to the Hon. Jennifer L. Thurston.

///

Because this matter is a supervised release violation, the Speedy Trial Act does not apply and no exclusion of time is necessary.

|  |  |
|---|---|
|  | PHILLIP A. TALBERT<br>United States Attorney |
| DATED:  August 31, 2022 | By   */s/ Justin J. Gilio*<br>JUSTIN J. GILIO<br>Assistant United States Attorney<br>Attorneys for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: August 31, 2022 | By   */s/ Eric V. Kersten*<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorneys for Defendant<br>TRAYVON SMITH |

## ORDER

**IT IS SO ORDERED**. For the reasons set forth above the status conference is continued to October 7, 2022,

DATED: 8/31/2022

*Sheila K. Oberto*
Hon. Sheila K. Oberto
Judge, United States District Court