HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
TRAYVON SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TRAYVON SMITH,<br><br>Defendant. | Case No. 1:21-cr-00227 ADA<br>Case No. 1:17-cr-00070 ADA<br><br>**STIPULATION TO CONTINUE SENTENCING; ORDER THEREON**<br><br>Date:   March 13, 2023<br>Time:  8:30 a.m.<br>Judge: Hon. Ana de Alba |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the sentencing hearing scheduled for February 27, 2023 may be continued to March 13, 2023 at 8:30 a.m., before the Honorable Ana de Alba.

Trayvon Smith has pled guilty to being a felon in possession of a firearm in Case No. 1:21-cr-00227 ADA, and admitted violating the terms of his supervised release in Case No. 1:17-cr-00070 ADA. Sentencing for both matters is currently scheduled for February 27, 2023. The defense properly submitted informal objections to the draft presentence investigation report (PSR), but incorrectly calendared the due date for its formal objections and inadvertently failed to file them with the court in a timely manner. This short continuance is requested to allow time for the filing of Mr. Smith's formal objections to PSR, and the government's response thereto.

The parties agree that any delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial

                        PHILLIP A. TALBERT
                        United States Attorney

DATED:  February 21, 2023        By    */s/ Justin J. Gilio*
                                              JUSTIN J. GILIO
                                              Assistant United States Attorney
                                              Attorneys for Plaintiff

                                              HEATHER E. WILLIAMS
                                              Federal Defender

DATED: February 21, 2023        By    */s/ Eric V. Kersten*
                                              ERIC V. KERSTEN
                                              Assistant Federal Defender
                                              Attorneys for Defendant
                                              TRAYVON SMITH

**ORDER**

**IT IS SO ORDERED**. For the reasons set forth above sentencing is continued to March 13, 2023,

IT IS SO ORDERED.

  Dated:    February 22, 2023                                            
                                                        UNITED STATES DISTRICT JUDGE